1  Jim Mackie, SBN 013314
2  Susan Wilson, SBN 014934
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
4  3430 E. Sunrise Drive, Suite 220
   Tucson, AZ  85718
5  Telephone:  520-544-0300
   Fax:  520-544-9675
6  jim.mackie@ogletree.com
7  susan.wilson@ogletree.com
   Attorneys for Defendant Beyond Bread, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Moorehead,<br><br>        Plaintiff,<br><br>v.<br><br>Beyond Bread, Inc.<br><br>        Defendant. | No.  4:20-cv-00269-CKJ<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

      Defendant Beyond Bread, Inc. ("Beyond Bread"), by and through undersigned counsel, and Plaintiff Andrew Moorehead ("Plaintiff"), appearing pro se, hereby stipulate that the above-captioned matter may be dismissed, with prejudice, each party to bear its own attorneys' fees, Beyond Bread to bear all taxable costs.

      Plaintiff has authorized Defendant's attorney, Susan M. Wilson, to electronically sign and file this Stipulation on his behalf.

      A form of Order is submitted herewith for the Court's consideration.

/ / / /

/ / / /

/ / / /

      RESPECTFULLY SUBMITTED this 9th day of October 2020.

|  |  |
|---|---|
| By: s/Andrew Moorehead (with permission)<br>    Andrew Moorehead<br>    3417 S. Tahoe Dr.<br>    Tucson, AZ  85730<br>    Plaintiff Pro Se | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>By: s/   Susan Wilson<br>    Susan Wilson<br>    3430 E. Sunrise Drive, Suite 220<br>    Tucson, AZ  85718<br>    Attorneys for Defendant Beyond Bread, Inc. |

44302063.1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3430 E. SUNRISE DRIVE, SUITE 220
TUCSON, AZ 85718
TELEPHONE: 520-544-0300

2